# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2651
_____

DEREK TODD NARDONI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Escambia County.
Kerra Smith, Judge.


February 23, 2026

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and TREADWELL, concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.